# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 21-00783-DOC (JDEx)　　　　　　　　　　Date:  November 10, 2021

Title: PAUL SAPAN V. BENEFYTT TECHNOLOGIES, INC. ET AL.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE**

　　Barton H. Hegeler's name has appeared as attorney of record on a document recently filed with this Court.  However, a review of our files indicates that Mr. Hegeler is not a member of the Bar of the Central District of California.  A person may only enter an appearance in this Court as an attorney of record for another person, an organization, or a class only if they are a member of the Bar of this Court or are otherwise authorized to practice before this Court.  Local Rule 83-2.1.1.1.

　　Accordingly, the Court ORDERS Defendants' counsel to appear before this Court on November 19, 2021, at 7:30 a.m. to show cause why Mr. Hegeler should not be terminated from the case. If Mr. Hegeler applies for admission to the Bar of the Central District of California or terminates himself from the case by November 17, 2021, the Court will vacate the hearing.

　　The Clerk shall serve this minute order on the parties.

MINUTES FORM 11  
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djl