

# Cassandra Dougherty

**Subject:** FW: Please enable your CM/ECF access with your PACER account. (NBA-211116-000-3370)

---

**From:** Barton Hegeler <BartonHegeler@hegeler-anderson.com>
**Sent:** Wednesday, November 17, 2021 10:05 AM
**To:** Cassandra Dougherty <cdougherty@hegeler-anderson.com>
**Subject:** FW: Please enable your CM/ECF access with your PACER account. (NBA-211116-000-3370)

---

**From:** CACD Attorney Admissions <cacd_attyadm@cacd.uscourts.gov>
**Sent:** Tuesday, November 16, 2021 2:55 PM
**To:** Barton Hegeler <BartonHegeler@hegeler-anderson.com>
**Subject:** Please enable your CM/ECF access with your PACER account. (NBA-211116-000-3370)

Dear Barton Hegeler

You have been admitted to the Bar of Central District of California. Your certificate will be mailed to you within 4 to 5 weeks.

Your access to the Case Management/Electronic Case Files (CM/ECF) for the United States District Court, Central District of California has been processed. To get started with the CM/ECF system, you need to activate your e-filing access by clicking on the link below. This link will lead you to the PACER login page. Please use your individual, upgraded PACER credentials. After signing in with your PACER credentials, you will be prompted to enter the authorization id and code as listed below:

Authorization Id: CACDATTY-2TC6RW7

Authorization Code: js@t@5Z5eT

To activate your access, click here

If you have any questions, please let us know.

Attorney Admissions
United States District Court
Central District of California
Tel: (213) 894-2085

**Cassandra Dougherty**

| | |
|---|---|
| **Subject:** | FW: Your online application has been received. |

**From:** Barton Hegeler <BartonHegeler@hegeler-anderson.com>
**Sent:** Wednesday, November 17, 2021 10:06 AM
**To:** Cassandra Dougherty <cdougherty@hegeler-anderson.com>
**Subject:** FW: Your online application has been received.

**From:** CACD Attorney Admissions <cacd_attyadm@cacd.uscourts.gov>
**Sent:** Tuesday, November 16, 2021 11:02 AM
**To:** Barton Hegeler <BartonHegeler@hegeler-anderson.com>
**Subject:** Your online application has been received.


**Dear Barton Hegeler:**

**Your online application has been received.**

**Name:** Barton Hegeler
**Tracking Number:** NBA-211116-000-3370
**Date:** 11/16/2021

Please include the tracking number as your reference on any communications with the Court about this transaction.

If you need to check the status of your application, please visit
https://apps.cacd.uscourts.gov/registration/Home/CheckStatus

We recommend that you keep this email for your records. Once your eligibility has been confirmed, you should receive a confirmation email that includes instructions on how to activate your access to the Court's electronic filing system.

Thank you for applying for admission to the Bar of the Central District of California.

Attorney Admissions
United States District Court
Central District of California
Tel: (213) 894-2085